UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CASE NO.: 5:24CV1520 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| v. | ) | |
| Mt. Hope Auction Co., | ) | **ORDER** |
| Defendant. | ) | |

Consistent with the Court's teleconference and the parties' positions, Defendant may supplement its opposition to the request for preliminary injunction by no later than November 8, 2024. Plaintiff may reply to the supplement by no later November 29, 2024. While the motion for a preliminary injunction remains pending, the terms of the temporary restraining order will remain in effect.

IT IS SO ORDERED.

October 15, 2024    /s/ *John R. Adams*
    JUDGE JOHN R. ADAMS
    UNITED STATES DISTRICT JUDGE