Motion granted.  This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
12/20/2024

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 5:24-cv-01520-JRA |
| | ) |
| | ) Judge John R. Adams |
| Plaintiff, | ) |
| | ) Magistrate Judge Carmen E. Henderson |
| | ) |
| v. | ) |
| | ) |
| MT. HOPE AUCTION CO., | ) **UNITED STATES' MOTION TO** |
| | ) **DISMISS COMPLAINT** |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff the United States of America hereby moves to dismiss with prejudice the claims raised in the United States' Complaint (ECF No. 1) against Defendant Mt. Hope Auction Co.

On September 6, 2024, the United States filed its Complaint against Mt. Hope Auction Co., alleging violations of the Animal Welfare Act ("AWA") and its implementing regulations and standards. On December 9, 2024, the parties jointly moved to enter a Consent Decree that resolved the AWA claims raised in the United States' Complaint. ECF No. 22. On December 12, 2024, the Court entered the Consent Decree. ECF No. 23. The Consent Decree provides that the United States shall move to dismiss all claims in its Complaint within fourteen days of the Court's entry of the Consent Decree. *Id.* ¶ 17.

The parties agree that the Consent Decree resolves the civil claims of the United States against Mt. Hope Auction Co. for the violations alleged in the Complaint. *Id.* ¶ 16. As outlined in